CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FAIRPORT SHIPPING LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Andrew J. Warner (AW-5534)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FAIRPORT SHIPPING LIMITED
       Plaintiff,

    v.

GLOBAL DOMINION S.A., and LEADING
FINANCE S.A.
       Defendants.
-----------------------------------------------------------X

08 CV _____ (___)

**STATEMENT PURSUANT TO RULE 7.1**

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, FAIRPORT SHIPPING LIMITED, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
   July 29, 2008

            CHALOS, O'CONNOR & DUFFY, LLP
            Attorneys for Plaintiff,
            FAIRPORT SHIPPING LIMITED

       By: _____
            Owen F. Duffy (OD-3144)
            Andrew J. Warner (AW-5534)
            366 Main Street
            Port Washington, New York 11050
            Tel: (516) 767-3600
            Fax: (516) 767-3605