CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
FAIRPORT SHIPPING LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Andrew J. Warner (AW-5534)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08 05 08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAIRPORT SHIPPING LIMITED,

                Plaintiff,

        v.

GLOBAL DOMINION S.A., and LEADING
FINANCE S.A.

                Defendants.
-----------------------------------------------------------------X

08 CV 6757 (SAS)

**ORDER APPOINTING A SPECIAL PROCESS SERVER**

An application having been made by Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 4th day of August, 2008, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiffs, may hold assets for, or on account of, the Defendants, GLOBAL DOMINION S.A. and LEADING FINANCE S.A.

Dated: New York, New York
         August __, 2008

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.